**Exhibit A to the Complaint**

**Location:** Los Angeles, CA                                         **IP Address:** 76.168.138.18
**Total Works Infringed:** 67                                        **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 296BC614C4258A159E6C57C85A3BB542A8CE0EB7<br>File Hash:<br>4A4DCE21DA1B5D0912B6640E2F19F88EAFE09AC68A71757F697872020D011D20 | 03-07-2023<br>09:18:56 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |
| 2 | Info Hash: A5F26B3A20F33B21F81E991D2C877F8490A6DB55<br>File Hash:<br>72200E1A5BC627473E398C2122D0AD29140B6669AF24D404542EEB69BBC02E73 | 03-07-2023<br>09:13:50 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 3 | Info Hash: E1A241C4D817A7C42E90A01BFF55A577CD215C8B<br>File Hash:<br>3329084AB860EF80D128FDE503D050BD92C4A6F69303A4D697723372D42D7A9F | 03-06-2023<br>20:28:48 | Vixen | 12-05-2018 | 12-18-2018 | PA0002141920 |
| 4 | Info Hash: EC2D00ECA085E701F836DD0175D1915D55ABA0D4<br>File Hash:<br>BEEA7FBF69316C71628FBF85E0406F7CA377045514213696984 31B89CBE7194C | 03-06-2023<br>19:44:26 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 5 | Info Hash: D7D96219F75CB298E2C1029F953017860E5C1004<br>File Hash:<br>BB58FBED18D81A3F0D14C271ADF4BE3A045E2E0C621BB5195F09A2908C189EF1 | 03-02-2023<br>20:18:51 | Blacked | 06-19-2018 | 07-14-2018 | PA0002130450 |
| 6 | Info Hash: 3C6D5785FDC3A9947EA11D9923048076FDE43B96<br>File Hash:<br>CC0ECD3F17E3824A92E704EF79A7ED2101BF86232CBE14F2E24D445CD091E6AB | 03-02-2023<br>19:58:47 | Blacked Raw | 12-28-2018 | 02-02-2019 | PA0002155006 |
| 7 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash:<br>68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 02-28-2023<br>19:56:32 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 8 | Info Hash: 227B16FAB8E0615D369145110D31D30A50E9FEF6<br>File Hash:<br>136F08B42665F8787A1EC78BC99088091CB7ACED4AD917D281D0BE671C25E8E4 | 02-28-2023<br>18:55:00 | Blacked | 02-25-2023 | 03-07-2023 | PA0002400308 |
| 9 | Info Hash: 1285294362F6BAD27FAE30BA2B1D2EFE19BB5C1B<br>File Hash:<br>9177949C6F3E19FFF8E5DEFA890D6037BC01ADB1E04A0BC85D0A9BFCCAC088EE | 02-27-2023<br>07:21:19 | Blacked | 11-20-2021 | 12-09-2021 | PA0002325817 |
| 10 | Info Hash: 41BC801277608B32C66B6E937CCEDFD13D47981D<br>File Hash:<br>6733A9EF7975C354FB2CCF99FE6256AC01F43DE45EC73FA97C4AD89BE486632F | 02-26-2023<br>07:13:54 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 11 | Info Hash: 60DF35133631AC9D8D60B533D4C260EE67FCCA91<br>File Hash:<br>C656D32D1C69DEF828489ECF508AF8E5FAD5DD21EBED5F89ACE4A079DBB57FEC | 02-25-2023<br>01:18:20 | Blacked Raw | 09-19-2018 | 11-01-2018 | PA0002143420 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: D5A2DC88CED9567C5C557223F3AC14D1191D5C51<br>File Hash:<br>48CE9A7F8E2D99F477480AF12F2D602F4864C805FA70A800739EF0E0FD57ABD4 | 02-25-2023<br>01:09:58 | Blacked<br>Raw | 06-16-2018 | 07-14-2018 | PA0002128317 |
| 13 | Info Hash: F79649E6278CD8FB8DD319BADA5BD95358C26B47<br>File Hash:<br>268121CD25B22835CA576A1523D374BC28A0179264A731617AB8255A002DB7D6 | 02-25-2023<br>01:08:51 | Blacked<br>Raw | 10-19-2018 | 11-25-2018 | PA0002136715 |
| 14 | Info Hash: 01E59B5422480C2B801846620341E1BB73E94194<br>File Hash:<br>14313D66EBB2A7DD52C5A48C87AB99FE17649706341C06D962E0322594187C41 | 02-25-2023<br>01:08:46 | Blacked<br>Raw | 08-15-2018 | 09-01-2018 | PA0002119585 |
| 15 | Info Hash: B93E883A9D5AD2B0D4B023F93B6ABB385804191A<br>File Hash:<br>AC09540D7DECD6316ED4EAAA2D8B9E20DE5E104B5E9B6925ADF344CD52A5546B | 02-24-2023<br>08:14:23 | Blacked<br>Raw | 12-03-2017 | 01-04-2018 | PA0002097460 |
| 16 | Info Hash: 3E141FAFE427004BE9011EFBE92732BBE60D30DF<br>File Hash:<br>06AE7E0D9049E242F8566B76F0C799C7F85ED5289F4C029D1F619D9D2E09CCB5 | 02-24-2023<br>08:14:22 | Blacked<br>Raw | 12-18-2017 | 01-23-2018 | PA0002101753 |
| 17 | Info Hash: 98153548043304282560A17C31FDF7BFC937CA2<br>File Hash:<br>ACDBF57F76B367E0367408AC5ED34DF8BBA2909687576B6122FABEFCD95F630C | 02-24-2023<br>00:02:19 | Blacked | 05-25-2017 | 06-22-2017 | PA0002039290 |
| 18 | Info Hash: 59512406F86DE76C48A1937917E455793407C71A<br>File Hash:<br>71E8AFAF95C04EC21E9E22894E2A9B8596D5129F615D4751A69D929FAEF0F6E6 | 02-18-2023<br>22:58:12 | Blacked<br>Raw | 02-18-2023 | 03-06-2023 | PA0002399995 |
| 19 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 02-17-2023<br>10:58:03 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 20 | Info Hash: 227D6A9850611908E8E69F684A8FC117D3853428<br>File Hash:<br>17F574CA7757B9130975FDA9D345665B8EBF7CDD512DA0279F7E4510AF5D4B22 | 02-16-2023<br>00:26:40 | Blacked<br>Raw | 12-18-2018 | 02-02-2019 | PA0002155391 |
| 21 | Info Hash: A15959F09238709C559D243DA15D56AB1871D3F8<br>File Hash:<br>347CE4A551CE253B2DADFF2C08D42F385A9050FFB2A2658BB1397FF55FDF0257 | 02-14-2023<br>01:36:17 | Blacked<br>Raw | 02-13-2023 | 03-06-2023 | PA0002399991 |
| 22 | Info Hash: B736C78B1C428995842714665974B8C7009135D6<br>File Hash:<br>6A992DD913F68146CF4034E7BF7089726477BBCEDF7D38FDB620B9F69E324C17 | 02-12-2023<br>01:05:46 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 23 | Info Hash: 856E12C24229D92CB46E097F4CA0B479F572EC53<br>File Hash:<br>8D6CBDC2812A73B37EE9D2EC29EDC583C7D4EE351A82B76AED1267FDE0202E09 | 02-11-2023<br>16:40:21 | Blacked<br>Raw | 09-06-2021 | 09-21-2021 | PA0002312674 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: C47DD4D0FEAE92D747EA81B5EFB91F2FAE62A77B<br>File Hash:<br>784B14F9E8413BC9FBF8064691EB0B59491B40FCABD60052C741902CE0984D50 | 02-07-2023<br>09:23:08 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 25 | Info Hash: 6A328AABCF7CDD40C99581F826A9C9C318749BCE<br>File Hash:<br>7BE314A684BD8C045D306FAF9F04E860583C69C2C94FF76D41BF3B9F0810BE1C | 02-07-2023<br>08:46:59 | Vixen | 08-27-2021 | 09-30-2021 | PA0002319735 |
| 26 | Info Hash: AA9D6ED52E9FECEA19124A8F7FE433617F801994<br>File Hash:<br>3A24DE8F7A7AF1CE8D0BF9896895AC6606FE5CCF057E77AF300CFA9F83F06ACB | 02-07-2023<br>02:13:57 | Blacked | 01-10-2019 | 02-02-2019 | PA0002155382 |
| 27 | Info Hash: 6EA6E4212F932EBC69B7E8F8DB75B13F7AFD9DD7<br>File Hash:<br>A6DCCCB21B688C9143B8992B42EBFC1FF2A5BD216B1954DD89CA0870C76DC157 | 02-04-2023<br>19:31:45 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 28 | Info Hash: FE86C7FFB04271756959F2AAF83A694F6C952C33<br>File Hash:<br>D8F7AFAF9937B2E604E1A3C17B527912204906EA91451998D36250730E5B06BF | 02-04-2023<br>06:50:36 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 29 | Info Hash: 0F2348656BCA95DEFEDB64CE2ABC032472709F54<br>File Hash:<br>9DDAC032E4C0EAEF286FB2E54C4FE15F44C361508B56DFDDEE903CA16E742956 | 02-03-2023<br>08:31:50 | Blacked | 05-15-2021 | 06-09-2021 | PA0002295594 |
| 30 | Info Hash: 81BBE1F95CD2C6E3F6863DF19C495E8E2B166262<br>File Hash:<br>5388FA2B25C156DCF4793ABF409ADE7FECE470A9E339E74B2D182171B4CB8FA9 | 01-29-2023<br>06:35:19 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 31 | Info Hash: 98898904E8D7E535A5FA5902863C1CA964DDB436<br>File Hash:<br>BBB7AFD8833734F114CA674F580173EE9D733C3A82B3CB1898E5CE6C3D37CF92 | 01-22-2023<br>07:50:44 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 32 | Info Hash: FD52E2E88125E3FB527C437F1D3EA99A10AFCD1E<br>File Hash:<br>CB227AE8A78C08F844DF2DC635A006F3DD001555F5440816164BF570F43187CC | 01-20-2023<br>09:18:54 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |
| 33 | Info Hash: 89BC6775FE52F794D0F0DAB22F7746B35A30C998<br>File Hash:<br>49468BAE04715A5D21CB4458730654C0A5682025F88658BA250D63D53B2A81A1 | 01-18-2023<br>19:46:12 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 34 | Info Hash: 5CF4701BD17EF93D509C23AA2C596BC0533C9D35<br>File Hash:<br>B56DAC116CF48500050C137C439D5CE41E8261370837AD3F4132B35F271BDFBF | 01-17-2023<br>18:58:18 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |
| 35 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash:<br>5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 01-17-2023<br>08:38:13 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7B706BF88F78BF722BABA9EB117F8BD21184EE94<br>File Hash:<br>544789A0A07038BACC926329C619FEBACD823E283BB2310C9D8E63F7573DBEDE | 01-15-2023<br>07:52:24 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 37 | Info Hash: C0A2ECD28E56C3B0C99FFB648519AE03B45CD352<br>File Hash:<br>546410AC2AB27879EB515B7BE995E2B772F4D93C2BAF048BC57CB7DED82661A3 | 01-10-2023<br>20:15:22 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 38 | Info Hash: 5127471CDE71CD45F85A03B9374826F3BD487D21<br>File Hash:<br>41930B011A6DB9E9ED7C218D129FC1A4F2838E70A1E15B7406C069A603FFFFAE | 01-10-2023<br>20:11:38 | Blacked<br>Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 39 | Info Hash: 7C778D25948F4DFA7FFB9D878C62336240A1ECF8<br>File Hash:<br>522EA9030EC0239604E22AE3446D390E148479CE7E153E4FCF81098C7707970B | 01-08-2023<br>06:06:10 | Blacked<br>Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 40 | Info Hash: AB995DA0F769509F085DD3AA11413AD0A7BE57A4<br>File Hash:<br>8381FF6DDEBA3782928EC896C93149F36163DC1FD80D1CE7AD4410A37D84AF2A | 01-05-2023<br>21:53:17 | Blacked<br>Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 41 | Info Hash: AFD2270A76FA43E693D662B91708FBBAA3603013<br>File Hash:<br>3C08EA8E6B063E2BCBB2520AB11B7B72118702BF1AEE5482688098021D00AEB7 | 12-31-2022<br>22:08:35 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 42 | Info Hash: 44C556655683630B7CC03E3672CC7A76688234D0<br>File Hash:<br>4C92F54D33192476386E049E7F342466F0F7E21FAD9F1AE6CE030A50EDF6A981 | 12-26-2022<br>06:35:36 | Blacked<br>Raw | 12-25-2022 | 01-09-2023 | PA0002389598 |
| 43 | Info Hash: D4EE372D4BE2B520F433A9CC2DEB770109AAEBD8<br>File Hash:<br>F2BAEE7BEBB2424555FA7B26995EADE83FA1E35F5AF03FDC0342B57ED98A9348 | 12-24-2022<br>23:33:29 | Blacked | 12-24-2022 | 01-10-2023 | PA0002389603 |
| 44 | Info Hash: 94276047FB462D1079C128C237296EAD616795E8<br>File Hash:<br>E325A2E2848B12AA00D4F3A8075EE1784DB559A7DCB66F2B748237E1BB5B022B | 12-22-2022<br>09:09:07 | Tushy | 12-18-2022 | 01-10-2023 | PA0002389612 |
| 45 | Info Hash: E3D74E5541528B62DD9077A4472FF8774FD8DF59<br>File Hash:<br>E7638BC8A3A152CEE6024CF93413945F8BBD147784E7CD0F83155F0B180417B9 | 12-20-2022<br>20:05:29 | Blacked<br>Raw | 12-20-2022 | 01-09-2023 | PA0002389608 |
| 46 | Info Hash: F47B504EA4F209B90C56123FF967C4581034AD13<br>File Hash:<br>775A6AEB4FD1B174CF49CD0866715D9EB2EA7A5509100F17F748030071420079 | 12-19-2022<br>18:53:11 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 47 | Info Hash: BE72342307C332D57DAF8AD3023351F0B480C00A<br>File Hash:<br>4824B0E2ABA675C3208F5B74235DCEB83987448F7889CB60F87E6026AF1F1EFE | 12-15-2022<br>18:01:24 | Tushy | 12-04-2022 | 01-10-2023 | PA0002389591 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: A596EB14ED6C28A544B780E23FDA20230DEC937A<br>File Hash:<br>53C753C0F8B9697F31F043986735D0058591A67E625073572A5204F24C4C9FED | 12-13-2022<br>06:52:29 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 49 | Info Hash: D4F648C5DBDF8425ED4D5D9E4A19C0928FC7D808<br>File Hash:<br>4F66AA457FCD27460FCA664F79176D57E1DCA734D7CBBC94B9503A1F533D6AE97 | 12-12-2022<br>20:18:59 | Vixen | 03-25-2022 | 04-23-2022 | PA0002346420 |
| 50 | Info Hash: BC028E4237F67A66491AE27C268B63CE49C65CD8<br>File Hash:<br>D1AC876058196963BED466FB44D0E56A4F87221390E3B6D0B29F0E72DF0390BA | 12-11-2022<br>07:58:24 | Blacked Raw | 12-10-2022 | 01-10-2023 | PA0002389572 |
| 51 | Info Hash: BA0743F03F29FFB859532AC5AC683D644A511C4E<br>File Hash:<br>3DED21746296051BC343A633E52D654149CCD2E78F8650C588F093353CB66778 | 12-11-2022<br>07:44:18 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 52 | Info Hash: E82AD2ED432AA307E1613132DCF9205438004BFD<br>File Hash:<br>91BDB3668CC21EC56D5CD6B12FEA3CAACB01D234429E3C0705C6014871D3D1D3 | 12-10-2022<br>08:22:58 | Blacked Raw | 11-08-2021 | 01-07-2022 | PA0002337933 |
| 53 | Info Hash: A1FF05D3D9689566E84FEBB0BB13FAD6A17AFEB8<br>File Hash:<br>208B94293878880AA1FA000BDBF4B38C29AC5371980C23753E04EF656F99ABE5 | 12-10-2022<br>08:18:17 | Blacked | 02-12-2022 | 02-14-2022 | PA0002335505 |
| 54 | Info Hash: 8EC10E7B1F4037AA67B700075743ACFE8B9174E6<br>File Hash:<br>1BB6BC0E8406B6123C0EF86AEE24EDB1C97FFD98BA812945332A0F2E6EC731F7 | 12-07-2022<br>11:56:54 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |
| 55 | Info Hash: 2D42055181038F36B661B01848EF6CF8A28EAA23<br>File Hash:<br>045317AD4FD00A7A5645605910781548B559AB18C5861778A3DB0EEC94207C3F | 12-07-2022<br>11:25:31 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 56 | Info Hash: F9BDF44736AFF092B4836E7595C9198C6FA74741<br>File Hash:<br>842AA033AE27098DFCF30E74C364668162B9C0F8613666C283831B65374DF700 | 11-30-2022<br>00:37:51 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 57 | Info Hash: 43895C16236A6AD40F41D1A81D6F469DFD9E4B2D<br>File Hash:<br>DF629E1E14C9CBD62202A90F4996C5DE6462B28923D549010F5E936AD768A87A | 11-22-2022<br>07:35:13 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 58 | Info Hash: 2A2B6D4FC7555F0485AF36913E8E2461540B7028<br>File Hash:<br>9070D39DB678FA919EA3B7B2209AA4F562B407E5965EA0272C9D2C0DA53E6BE4 | 11-20-2022<br>05:11:08 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 59 | Info Hash: 478523095FACC20FEF68DC7081D057D1F2988359<br>File Hash:<br>3AF2B9DFB944453BF2F1D66975D0471929BE36C53A805A713517B916838F8C3A | 11-18-2022<br>17:12:37 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 60 | Info Hash: 67EF84041ED977F41D66A20D588BA8170835308C<br>File Hash:<br>5BF79B90982D40526B460E6ADECB89968874DEE3373EDC3E4EFF76B54E2E603E | 11-16-2022<br>00:45:20 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 61 | Info Hash: 9CC9EE6A232B1890A3C6A08C51B7D72228C0BF06<br>File Hash:<br>8611439003455222C9A7739167995AD36634E74770169B9BC6154AF04D39DE16 | 11-13-2022<br>18:00:31 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 62 | Info Hash: 536ABC94E6CDF73726BABE11B761EF2FE1FBCDF2<br>File Hash:<br>1A4AB873A4D067DEDDFA89D43DE68DE095AE8A34C247496C16B2E84F3C6C80EF | 11-13-2022<br>06:12:30 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 63 | Info Hash: F1CA1CDD26CEF05C56408A156086F647562E02D2<br>File Hash:<br>C67D8FB6F5A20402F7773A437ADA755D202C06899816721E299994DF126A1B01 | 11-10-2022<br>06:31:18 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 64 | Info Hash: 1FA97A62D7D275A53D30140E4B6561371BD79E40<br>File Hash:<br>966EA5CFC5DC70353373B3F7B2B05553EA46C4CD190F3EE3AE8553CC3155BC51 | 11-10-2022<br>03:10:42 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 65 | Info Hash: 73FF56417B80001A7B359B7AD950366EA706DF13<br>File Hash:<br>EDBBA2130B528B643297E287CBD82189A1FFD31C0F9FA6A943D45F021911BA7A | 11-10-2022<br>02:39:00 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 66 | Info Hash: E480F6FC4F93982D07B305510EB73A2867B3ACD5<br>File Hash:<br>548A8289F6B4B23B023A85080F425EFCCCF0F0BC211DC7E8877665DC685B1787 | 11-10-2022<br>02:38:52 | Vixen | 05-20-2022 | 06-27-2022 | PA0002354985 |
| 67 | Info Hash: FFEFD31AFD398FCF0879A61DCB501D087CB5D34E<br>File Hash:<br>6C9995D36C6AE248D663C3132EC345BF3C7D2C79F24D5C5B5EBBECAFB4221E2E | 11-08-2022<br>02:50:32 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |